PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Dasheen Reid**　　　　　　　Docket No. **Cr- 08-554-01**
aka: Dasheen Mutunga

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Angel L. Matos** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Dasheen Reid** before the **Honorable William H. Walls**, who was placed under pretrial release supervision by the **Honorable Madeline Cox-Arleo** sitting at the United States District Court at Newark, New Jersey, on June 8, 2007, under the following conditions:

$150,000 Unsecured Appearance Bond  - cosigned by his wife Qiana Reid.
1. Pretrial Services supervision.
2. Travel restrictions to NJ and NY and other travel as approved by Pretrial Services.
3. Wife to act as Third Party Custodian
4. Surrender/ Do not apply for travel documents.

On March 4, 2008 the defendant's bail was modified by Judge Arleo by adding a condition that the defendant submit to drug testing and treatment as deemed appropriate by Pretrial Services.

On August 12, 2008, the defendant appeared before Your Honor to Plead Guilty to an Information.  The date of sentencing has been set for November 17, 2008.

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED MEMORANDUM]**

PRAYING THAT THE COURT WILL ORDER the following modification:
The defendant's travel limitations  shall also include the State of Pennsylvania.

ORDER OF COURT

Considered and ordered this
___26___ day of __August__,
_2008_ and ordered filed and made a
part of the records in the above case.

_____
Honorable William H. Walls
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___8/12/2008___

_____
Angel L. Matos
U.S. Pretrial Services Officer