PAUL J. FISHMAN
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
(973) 645-2736
LAB0321
(FLU:KCPB)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         *Plaintiff,*<br>v.<br><br>DASHEEN REID<br>,<br><br><br>         *Defendant,*<br>  and<br><br>WACHOVIA BANK, NA,<br>and its successors or assigns,<br><br>         *Garnishee.* | Hon. William H. Walls<br><br>Criminal No. 08-554<br><br>ORDER |

  This matter having been opened to the Court by the U.S. Attorney, PAUL J. FISHMAN for the District of New Jersey, on behalf of plaintiff United States of America, and for good cause shown,

  It is on this 17 day of March, 2011

  ORDERED that the Application and Order for Writ of Garnishment in this matter is hereby WITHDRAWN.

                   _____
                   HON. WILLIAM H. WALLS
                   Judge, U.S. District Court

Case 2:08-cr-00554-WHW   Document 20   Filed 03/18/11   Page 2 of 2 PageID: 54