PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

## Request for Hearing to Modify the Conditions or Term of Supervision

Name of Offender: Dasheen Reid  Cr.: 2:08cr554-01
PACTS Number: 49054

Name of Sentencing Judicial Officer: The Honorable William H. Walls,
Sr. United States District Judge

Date of Original Sentence: 04/07/10

Original Offense: Bank Fraud

Original Sentence: 12 Months and 1 Day; 3 years supervised release

Type of Supervision: Supervised Release  Date Supervision Commenced: 04/27/11

### PETITIONING THE COURT

[ ] To extend the term of supervision for ___ Years, for a total term of ___ Years.
[X] To schedule a hearing to modify the conditions of supervision as follows.

The offender was ordered to pay restitution in the amount of $420,699.70, to be paid in full within thirty (30) days of release from imprisonment. The offender has been supervised in the Eastern District of Pennsylvania since his release from custody on April 27, 2011. The supervising probation officer has requested a hearing to modify the conditions of supervised release, to include a payment plan of $300 per month for restitution.

### CAUSE

At the time of sentencing, the Court ordered the offender to pay restitution in the amount of $420,699.70, to be paid in full within thirty (30) days of release from imprisonment. The offender is unable to pay the restitution amount in full and therefore, a payment plan needs to be established. The Eastern District of Pennsylvania has reviewed the offender's financial information and believes he can afford to pay $300 per month. The offender disagrees and has requested a hearing.

Respectfully submitted,

By: Patrick Hattersley
U.S. Probation Officer
Date: 11/09/11

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons. Date of Hearing: 17 Jan 2012
[ ] No Action
[ ] Other

PROB 12B - Page 2
Dasheen Reid

_____
Signature of Judicial Officer

28 December 2011
_____
Date